UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN GARCIA,<br><br>    Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>    Defendants. | Case No.: 12-cv-04062-YGR<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

Defendants filed a Motion to Dismiss Plaintiff's Complaint on August 8, 2012. (Dkt. No. 4.) Plaintiff's opposition was due on August 22, 2012, but none was filed. Civ. L.R. 7-3(a). The case was subsequently reassigned to this Court on August 28, 2012. (Dkt. No. 11.) In the reassignment order, the Court stated that all briefing schedules remained unchanged and all hearing dates were vacated.

Plaintiff's counsel, Richard Alan Hofman, is hereby **ORDERED TO SHOW CAUSE** why this action should not be dismissed for failure to prosecute based on the failure to file an opposition. A hearing on this Order to Show Cause shall be held on Friday, January 11, 2013, on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in courtroom 5. Plaintiff's counsel must file a written response to this Order to Show Cause no later than January 4, 2013 explaining why Plaintiff has failed to oppose the motion to dismiss or to otherwise prosecute this action. Plaintiff's counsel shall be required to appear personally at the hearing. If the Court is satisfied with Plaintiff's counsel's response, it will consider taking the Order to Show Cause hearing off calendar.

The Case Management Conference scheduled for December 17, 2012 is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: December 12, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**