1  RICHARD HOFMAN ESQ, State Bar No. 110692
   LAW OFFICES OF RICHARD HOFMAN
2  6320 CANOGA AVE., NO 1500
   WOODLAND HILLS, CA 91367
3  Tel:   (818) 203-6777
   EMAIL: HOFMAN.R@GMAIL.COM
4  Attorney for Plaintiff

**FILED**

JAN 1 8 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

6

7                   UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10  MARTIN GARCIA,                           )  Case No. 12-CV-04062-YGR
                                             )
11                        Plaintiff,         )  **REQUEST FOR DISMISSAL**
                                             )  AND ~~ORDER~~ RE  SAME
12  vs.                                      )
                                             )  CT ROOM 5:
13                                           )  HONERABLE  YVONNE  GONZALEZ
    BANK OF AMERICA N.A., ET AL,             )  ROGERS
14                                           )
                                             )
15                        Defendants.        )
                                             )
16                                           )
                                             )
17                                           )  UNITED CIVIL CASE
                                             )  Amount in controversy exceeds $25,000
18  _____      )
                                             )
19                                           )
                                             )
20                                           )
                                             )
21                                           )
                                             )
22  ///
23  ///
24  ///
25  ///
26
27
28

_____
~~PROPOSED~~ ORDER OF DISMISSAL                                    Page 1

TO THE HONERABLE COURT:

PLAINTIFF REQUESTS THAT <u>12-CV-04062-YGR</u>   BE DISMISSED.


Per the court's Jurisdiction and also at the request of Plaintiff, the above entitled action is

dismissed.   All dates are hereby vacated and the case shall be closed.
             No action will be taken on the pending OSC.

Dated:  January 24, 2013          _____

Honorable Yvonne Gonzalez Rogers

2