RICHARD HOFMAN ESQ, State Bar No. 110692
LAW OFFICES OF RICHARD HOFMAN
6320 CANOGA AVE., NO 1500
WOODLAND HILLS, CA 91367
Tel: (818) 203-6777
EMAIL: HOFMAN.R@GMAIL.COM
Attorney for Plaintiff

FILED

JAN 18 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN GARCIA, | Case No. 12-CV-04062-YGR |
| Plaintiff, | **REQUEST FOR DISMISSAL** |
| vs. | AND ~~ORDER~~ RE SAME |
| BANK OF AMERICA N.A., ET AL, | CT ROOM 5: |
| | HONERABLE YVONNE GONZALEZ ROGERS |
| Defendants. | |
| | UNLIMITED CIVIL CASE |
| | Amount in controversy exceeds $25,000 |

///

///

///

///

~~PROPOSED~~ ORDER OF DISMISSAL                                                      Page 1

TO THE HONERABLE COURT:

   PLAINTIFF REQUESTS THAT 12-CV-04062-YGR   BE DISMISSED.

Per the court's Jurisdiction and also at the request of Plaintiff, the above entitled action is dismissed. All dates are hereby vacated and the case shall be closed. No action will be taken on the pending OSC.

Dated: January 24, 2013          *[signature]*

   Honorable Yvonne Gonzalez Rogers